

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| SAM MURRAY, as Trustee of the S. H. MURRAY TRUST and MURRAY PECOS RANCH, LTD., | § § § | No. 08-25-00164-CV |
| Appellants, | § | Appeal from the |
| v. | § | 83rd District Court |
| ALAMAR VENTURES, INC., CIEN ONCE GRAZERS, LLC and HONDO DAVIS, | § § | of Pecos County, Texas (TC# P-8682-83-CV) |
| Appellees. | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED this 30th day of June 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.